IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CALEB BUTLER AND JEREMY PENNINGTON, | § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 1:22-CV-00367 |
| V. | § § | JUDGE MICHAEL J. TRUNCALE |
| BNSF RAILWAY COMPANY, | § § § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant BNSF Railway Company and informs the Court that this matter has settled.

Respectfully submitted,

Susan J. Travis
State Bar No. 20194750
ROBBINS TRAVIS PLLC
2485 E. Southlake Blvd., Suite 160
Southlake, Texas 76092
(817) 918-2300 Telephone
(817) 458-0414 Fax
sjt@robbinstravis.com

      /s/ J. Mitchell Smith
J. Mitchell Smith
State Bar No. 18626900
GERMER PLLC
P. O. Box 4915
Beaumont, Texas 77704
(409) 654-6700 Telephone
(409) 835-2115 Fax
jmsmith@germer.com

**COUNSEL FOR DEFENDANT
BNSF RAILWAY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document was served on all counsel of record in compliance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas on this the 26th day of August, 2024.

| | |
|---|---|
| Clint E. McGuire | Steven L. Groves |
| Martinez & McGuire, PLLC | Groves Powers, LLC |
| 17227 Mercury Drive, Suite B | 505 N. 7th Street, Suite 2010 |
| Houston, TX 77058 | St. Louis, Missouri 63101 |
| clint@mmtriallawyers.com | sgroves@grovespowers.com |

                                                      /s/ *J. Mitchell Smith*
                                                      J. Mitchell Smith