IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CALEB BUTLER AND JEREMY PENNINGTON, | § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00367 <br> JUDGE MICHAEL J. TRUNCALE |
| BNSF RAILWAY COMPANY, | § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint (Unopposed) Motion to Dismiss with Prejudice. [Dkt. 76]. The Parties previously notified the Court that this matter had settled, and they now seek a dismissal with prejudice as to all causes of action in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorneys' fees and costs.

It is further **ORDERED** that all motions not previously ruled on are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

SIGNED this 30th day of September, 2024.

_____
Michael J. Truncale
United States District Judge